IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN ALLEN SAYLER,<br><br>Defendant. | CR 23-31-BLG-SPW<br><br>ORDER |

A hearing on Defendant's Motion to Dismiss (Doc. 27) was held before this Court on September 12, 2023. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. 27) is **DENIED**.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 12th day of September, 2023.

SUSAN P. WATTERS
United States District Judge